IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELIA M BELL *et al.*                                                   PLAINTIFFS

v.                          CASE NO. 4:21-CV-00187-BSM

GEICO ADVANTAGE
INSURANCE COMPANY                                                         DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE